| | |
|---|---|
| 1 | ROBERT K. PHILLIPS, ESQ. |
| 2 | Nevada Bar No. 11441<br>MEGAN E. WESSEL, ESQ. |
| 3 | Nevada Bar No. 14131<br>INDIA C. BURTON, ESQ. |
| 4 | Nevada Bar No. 15022 |

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
INDIA C. BURTON, ESQ.
Nevada Bar No. 15022
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mwessel@psalaw.net
iburton@psalaw.net

*Attorneys for Defendant*
*Walmart Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIRIAM SANTANA GARCIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a Foreign Corporation; DOES 1-20 and ROE BUSINESS ENTITES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01711-JAD-EJY<br><br>**SUBSTITUTION OF COUNSEL** |

    COMES NOW, Defendant WALMART INC. ("Defendant" or "Walmart"), and hereby substitutes TROY A. CLARK, ESQ., of the law firm of RESNICK & LOUIS, P.C., as its counsel of record in place and stead of ROBERT K. PHILLIPS, ESQ., MEGAN E. WESSEL, ESQ. and INDIA C. BURTON, ESQ. of PHILLIPS, SPALLAS & ANGSTADT LLC.

    WHEREAS, Defendant asserts TROY A. CLARK of RESNICK & LOUIS, P.C., 8925 W. Russell Road, Ste. 220, Las Vegas, Nevada 89148, Phone: (702) 997-3802, tclark@rlattorneys.com, be substituted as counsel for Defendant and added to the electronic service list in this case;

. . .

. . .

1  WHEREAS, the attorneys from PHILLIPS, SPALLAS & ANGSTADT LLC agree to the withdraw and substitution; and

WHEREAS, TROY A. CLARK, ESQ., the attorney from RESNICK & LOUIS, P.C., agrees to be substituted as counsel for Defendant.

DATED this 16th day of March 2022.

**RESNICK & LOUIS, P.C.**

*/s/ Troy A. Clark*
_____
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
8925 W. Russell Road, Ste. 220
Las Vegas, NV 89148

*Attorneys for Defendant*
*Walmart Inc.*

DATED this 16th day of March 2022.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

*/s/ India C. Burton*
_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
INDIA C. BURTON, ESQ.
Nevada Bar No. 15022
504 S. 9th Street
Las Vegas, NV 89101

*Former Attorneys for Defendant*
*Walmart Inc.*

DATED this 16th day of March 2022.

**WALMART, INC.**

*/s/ Matthew Burgess*
_____
MATTHEW BURGESS, ESQ.
Senior Counsel
702 Southwest 8th Street
Bentonville, AR 72716

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of March 2022, I served a true and correct copy of the foregoing, **SUBSTITUTION OF COUNSEL**, as follows:

☐ By facsimile addressed to the following counsel of record, at the address listed below:

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Filing/Service Notification to:

| **ATTORNEY OF RECORD** | **TELEPHONE/FAX** | **PARTY** |
|---|---|---|
| CHARLES S. JACKSON, ESQ.<br>Nevada Bar No. 13158<br>HICKS & BRASIER, PLLC<br>2630 S. Jones Blvd.<br>Las Vegas, NV 89146 | Phone: 702-628-9888<br>Fax:     702-960-4118 | Plaintiff |

*/s/ Joshua J. Kephart*
An Employee of PHILLIPS, SPALLAS & ANGSTADT, LLC