**RESNICK & LOUIS, P.C.**
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
tclark@rlattorneys.com
MATTHEW B. BECKSTEAD, ESQ.
Nevada Bar No: 14168
mbeckstead@rlattorneys.com
8925 West Russell Road, Suite 220.
Las Vegas, NV  89148
Telephone: (702) 997-3800
Facsimile:  (702) 997-3800
*Attorneys for Defendant*
*Walmart, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIRIAM SANTANA GARCIA,<br><br>           Plaintiff,<br><br>v.<br><br>WALMART, INC. a Foreign Corporation; DOES 1-20 and ROE BUSINESS ENTITIES  1-20, inclusive,<br><br>           Defendants. | CASE NO.: 2:21-cv-01711-JAD-EJY<br><br>**STIPULATION AND ORDER REGARDING FUTURE DAMAGES**<br><br>ECF No. 22 |

COME NOW Defendant WALMART, INC. ("Defendant"), by and through its counsel of record TROY A. CLARK, ESQ., and MATTHEW B. BECKSTEAD, ESQ., of the law firm RESNICK & LOUIS, P.C., and Plaintiff MIRIAM SANTANA GARCIA ("Plaintiff"), by and through her counsel of record CHARLES JACKSON, ESQ., of the law firm HICKS & BRAISER, and hereby submit the following **STIPULATION AND ORDER.**

Plaintiff will not allege a claim for future medical treatment or lost wages / loss of earning capacity.   Plaintiff may still allege a claim for future pain and suffering as a result of her alleged injuries.

1

The parties aver that this stipulation is made by the parties in good faith and not for the purpose of delay.

| Dated this 23rd day of September 2022 | Dated this 13th day of September 2022 |
|---|---|
| **RESNICK & LOUIS, P.C.** | **HICKS AND BRAISER** |
| */s/ Troy Clark* | */s/ Charles Jackson* |
| TROY A. CLARK, ESQ.<br>Nevada Bar No. 11361<br>MATTHEW B. BECKSTEAD, ESQ.<br>Nevada Bar No. 14168<br>8925 West Russell Road, Suite 220<br>Las Vegas, NV 89148<br>*Attorneys for Defendant*<br>*Walmart, Inc.* | CHARLES JACKSON, ESQ.<br>Nevada Bar No. 13154<br>2630 S. Jones Blvd.<br>Las Vegas, NV 89146<br>*Attorneys for Plaintiff*<br>*Miriam Santana-Garcia* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
September 30, 2022